AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 02 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Jaime Gonzalez<br><br>Defendant(s) | Case No. EP:16-m-00702-ATB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 2016** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title: 18 United States Code, Section 1073 | did move and travel in interstate and foreign commerce with intent to avoid prosecution under the laws of the State of Texas for a crime which is a felony under the laws of the State of Texas |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Emiliano Baca Deputy US Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/2/16

City and state: El Paso, Texas

_____
Judge's signature

Anne T. Berton, U.S. Magistrate Judge
Printed name and title

I, Emiliano Baca, hereinafter referred to as Complainant, am a Criminal Investigator Deputy United States Marshal for the United States Marshal Service, and am assigned to the Lone Star Fugitive Task Force in the Western District of Texas- El Paso Division, to Investigate and Operate Under Special Apprehension Authority, and as such, I am charged with enforcing the laws of the United States in all jurisdictions. My primary duty and assignment, and primary investigative responsibility of my agency, obligates me to apprehend state and federal felony fugitives.

On November 6, 2014, an arrest warrant was issued by the State of Texas in cause number: 20110D03634. The arrest warrant was issued for the arrest of Jaime Gonzalez for the felony offense under the state laws of Texas, that is count one (1): Possession of Child Pornography.

The aforementioned offense occurred on or about April 24, 2009, as a result of the victim's mother becoming suspicious of her daughter/victim possibly participating in sexual activity with Jaime Gonzalez. The victim's mother conducted a search of the victim's bedroom for evidence. The victim's mother found a backpack containing a makeshift ladder made of rope, tape, KY jelly, a sex game, and a pornographic DVD movie. The victim's mother also found letters from Jaime Gonzalez who was 30 years old at that time, to the victim, who was 15 years old at the time. The victim's mother then called the El Paso Police Department to report the incident and request charges to be filed against Jaime Gonzalez.

On or about May 11, 2009, an El Paso Police Department Detective contacted the victim's mother to schedule an interview with the victim. The victim's mother advised that she read e-mails between the victim and Jaime Gonzalez, which displayed an inappropriate relationship between them. The victim's mother then advised that she sent the e-mails to her own e-mail address and provided the Detective with the victim's e-mail address and password and her own e-mail address and password. The Detective then received consent from the victim's mother to review the e-mails and determined that the victim and Jaime Gonzalez did have a relationship. The Detective then obtained a search warrant from the State of Texas for Jaime Gonzalez's residence.

On or about May 12, 2009, the Detective executed the search warrant at Jaime Gonzalez's residence and made contact with Jaime Gonzalez. The Detective seized the following items from Jaime Gonzalez's bedroom: (72) compact discs, (1) Motorola cellular phone, (1) Samsung cellular phone, (2) Play Station Portable, (1) Dell Computer, written letters between the victim and Jaime Gonzalez, (1) pair of female underwear, and the victim's Social Security card.

On or about June 2, 2009, the affiant obtained search warrants for the seized items and victim's and Jaime Gonzalez's yahoo e-mail accounts. The Detective viewed the compact discs and discovered that the compact discs contained visual material that visually depicted a child younger than 18 years of age. At that time of the image, the image displayed the child engaging in sexual conduct. Three of the compact discs contained (30) visual images of child pornography and (3) videos of child pornography.

Between November of 2014 and February of 2016 attempts to locate and apprehend Jaime Gonzalez at his last known residence were made with negative results. The complaint has conducted interviews with relatives of Jaime Gonzalez, who have stated that Jaime Gonzalez has fled to either the State of Iowa or to the Republic of Mexico to avoid prosecution. The complaint has conducted international border crossing checks and has not obtained any information indicating that Jaime Gonzalez has returned to the United States of America from the Republic of Mexico. The complaint has also conducted numerous queries via law enforcement databases and has learned that Jaime Gonzalez at one time, resided in the State of Iowa and has family members in the State of Iowa.